UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELVIS CINTRA | CIVIL ACTION |
| V. | NO. 17-3889 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "H"(4) |

## JUDGMENT

For reasons issued August 31, 2023, and filed herein (Doc. 71);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of the defendants and against the plaintiff, and that plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 5th day of September, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE